# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **BUDGET BLINDS, INC.,**<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**MARK PARKER, an individual, SEEMORE45, LLC, and DOES 1 through 10,**<br><br>　　　　Defendants. | **Case No.: SACV 12-00989-CJC(ANx)**<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER REQUIRING DEFENDANTS TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

　　This matter having come before the Court on the application of Plaintiff Budget Blinds, Inc. ("Budget Blinds") for a temporary restraining order against Defendants Mark Parker and Seemore45, LLC (collectively, "Defendants").;

　　And the Court having considered the complaint, declarations, and memorandum of points and authorities presented by Budget Blinds in support of the entry of a temporary restraining order, and all other papers, evidence, and argument presented by Budget Blinds in connection with its application for a temporary restraining order;

It is hereby ORDERED that, pending the hearing the Court's order to show cause scheduled for July 20, 2012, Defendants Mark Parker and Seemore45, LLC and their officers, directors, agents, servants, employees, and attorneys, and those in active concert or participation with them, ARE HEREBY TEMPORARILY RESTRAINED AND ENJOINED from (1) using Budget Blinds' intellectual property, including all service marks, trademarks, trade names, and trade dress of Budget Blinds, and (2) operating a window coverings business within the previously franchised territory in Arkansas that is more specifically described in Schedule 2 to the Franchise Agreement dated June 7, 2010.  This temporary restraining order shall be effective upon the posting by Budget Blinds of an undertaking or bond in the sum of $5,000.

Defendants are hereby ORDERED TO SHOW CAUSE why a preliminary injunction shall not issue.  Any declarations, affidavits, points and authorities, or other submissions in opposition to the issuance of such a preliminary injunction shall be filed with the Court no later than July 16, 2012.  Any reply shall be filed no later than July 18, 2012.  The hearing on the order to show cause shall be on July 20, 2012 at 4:30 p.m.  The briefing and hearing dates on the Court's order to show cause can be continued if Defendants consent to the temporary restraining order remaining in effect until the new date scheduled for the hearing.  Indeed, the Court encourages the parties to meet and confer to attempt to reach an amicable resolution of this dispute.

Plaintiff shall immediately serve this temporary restraining order on Defendants.

DATED:   July 6, 2012

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE