1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| **BUDGET BLINDS, INC.,** | **Case No.: SACV 12-00989-CJC(ANx)** |
| **Plaintiff,** | |
| **vs.** | |
| | **PRELIMINARY INJUNCTION** |
| **MARK PARKER, an individual, SEEMORE45, LLC, and DOES 1 through 10,** | |
| **Defendants.** | |

This matter having come before the Court on the application of Plaintiff Budget Blinds, Inc. ("Budget Blinds") for a preliminary injunction against Defendants Mark Parker and Seemore45, LLC (collectively, "Defendants").;

And the Court having considered the complaint, declarations, and memorandum of points and authorities presented by Budget Blinds in support of the entry of a preliminary injunction, and all other papers, evidence, and argument presented by Budget Blinds in connection with its application for a preliminary injunction;

It is hereby ORDERED THAT, PENDING TRIAL, Defendants Mark Parker and Seemore45, LLC and their officers, directors, agents, servants, employees, and attorneys, and those in active concert or participation with them, ARE HEREBY ENJOINED from (1) using Budget Blinds' intellectual property, including all service marks, trademarks, trade names, and trade dress of Budget Blinds, and (2) operating a window coverings business within the previously franchised territory in Arkansas that is more specifically described in Schedule 2 to the Franchise Agreement dated June 7, 2010.  This preliminary injunction shall be effective upon the posting by Budget Blinds of an undertaking or bond in the sum of $5,000.

DATED:     July 20, 2012

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE