1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| BUDGET BLINDS, INC., a California Corporation,<br><br>       Plaintiff,<br><br>   vs.<br><br>MARK PARKER, an individual, SEEMORE45, LLC, and DOES 1 through 10,<br><br>       Defendants. | Case No.: SACV 12-00989-CJC(ANx)<br><br><br><br>**PERMANENT INJUNCTION AGAINST DEFENDANTS MARK PARKER AND SEEMORE45, LLC** |

    This matter came before the Court on plaintiff Budget Blinds, Inc.'s ("Budget Blinds'") Application for Entry of Default Judgment and Permanent Injunction against defendants Mark Parker and Seemore45, LLC (collectively, "Defendants"). On February 6, 2013, the Court, being fully advised, and good cause having been shown, issued an Order granting Budget Blinds' application and finding that Budget Blinds is entitled to permanent injunctive relief against Defendants.

IT IS HEREBY ORDERED that Defendants and their employees, contractors, agents, servants, representatives, and attorneys, and all persons acting in concert or participating with them, are permanently enjoined from the following:

(1)    Using the "Budget Blinds Marks," identified in Schedule A attached hereto, in connection with Defendants' goods, marketing, advertising, or promotional materials, or otherwise in connection with Defendants' business; and

(2)    Using confusingly similar variations of the "Budget Blinds Marks," identified in Schedule A attached hereto, causing likelihood of confusion, deception, and/or mistake as to the source, nature, and/or quality of Defendants' goods and services.

This injunctive order is effective immediately.

DATED:     February 7, 2013

_____

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

# SCHEDULE A

| Mark | Registration No. | Registration Date |
|------|------------------|-------------------|
| "BUDGET BLINDS" service mark. | 1,813,191 | December 21, 1993 |
| <br>"Budget Blinds" stylized word mark. | 2,688,527 | February 18, 2003 |